SPOTSWOOD D. BOWERS, Appellant, *v.* FIFTH AVENUE AND
SEVENTY-SEVENTH STREET CORPORATION, Respondent.

*Real property — covenants — action to restrain erection of apartment
house on ground of violation of covenant restricting building to " ordi-
nary first class dwelling."*

*Bowers* v. *Fifth Ave. & 77th St. Corp.*, 215 App. Div. 764, affirmed.
(Argued May 13, 1926; decided June 1, 1926.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered December 11, 1925, unanimously
affirming a judgment in favor of defendant entered upon
a decision of the court on trial at Special Term. The
action was brought to restrain the defendant from erecting
a fourteen-story apartment house on a plot of land on the
southeast corner of Fifth avenue and Seventy-seventh
street in the borough of Manhattan, immediately adjoin-
ing land owned by the plaintiff, on the ground that the
erection of such a building would be a violation of a
restrictive covenant applying to both parcels providing
that no buildings other than " ordinary first class
dwellings " should be erected on the land. The trial
court held that the apartment house to be erected is an
ordinary first class dwelling within the meaning of the
covenant.

*Frank C. Laughlin* and *Stewart W. Bowers* for appellant.
*Charles E. Hughes, Philip S. Dean* and *George M. Welch*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.